THE STATE, EX REL. KEYSE, APPELLEE, *v.* POLONYE, MAYOR, APPELLANT.

(No. 39386—Decided November 17, 1965.)

Mr. *John H. Bever*, for appellee.
Mr. *James F. Hennessy*, city solicitor, for appellant.

*Per Curiam.* The mayor has jurisdiction over the subject matter of the proceedings before him and over the person of the relator. Hence, the writ of prohibition should not have been allowed. *State, ex rel. O'Leary*, v. *Cuyahoga Falls Municipal Court*, 176 Ohio St. 197.

*Judgment reversed.*

TAFT, C. J., ZIMMERMAN, MATTHIAS, O'NEILL, HERBERT, SCHNEIDER and BROWN, JJ., concur.